IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR190 |
| | ) | |
| v. | ) | |
| | ) | |
| ROMMEL SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the mandate of the United Stats Court of Appeals for the Eighth Circuit (Filing No. 108). Pursuant thereto,

IT IS ORDERED that resentencing of defendant is scheduled for:

**Friday, October 6, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court