IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:04CR190
                              )
       v.                     )
                              )
ROMMEL SMITH,                 )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing Nos. 111 and 112).  It appears that the motions are identical.  Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 111) is granted; resentencing of defendant is rescheduled for:

**Thursday, October 12, 2006, at 2 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) Defendant's second motion to continue (Filing No. 112) is denied as moot.

DATED this 4th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court