IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:04CR190
                               )
      v.                       )
                               )
ROMMEL SMITH,                  )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file a § 2255 motion (Filing No. 120). Accordingly,

IT IS ORDERED that defendant shall have until October 29, 2007, to file a § 2255 motion. If defendant requires additional time, he should file a motion prior to that date.

DATED this 12th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court