```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:04CR190
                               )
          v.                   )
                               )
ROMMEL SMITH,                  )          ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file a § 2255 motion (Filing No. 122). Accordingly,

IT IS ORDERED that defendant shall have until February 1, 2008, to file a § 2255 motion.

DATED this 30th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court