IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:04CR190
                               )
      v.                       )
                               )
ROMMEL SMITH,                  )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 127). The Court finds defendant should submit a brief in support of said motion. Accordingly,

IT IS ORDERED:

1) Defendant shall have until July 7, 2008, to file a brief in support of said motion.

2) Plaintiff shall have until July 21, 2008, to file a brief in response thereto.

DATED this 20th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court