IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CR190
                               )
         v.                    )
                               )
ROMMEL SMITH,                  )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for extension of time to submit brief (Filing No. 130). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant shall have until August 25, 2008, to file a brief in support of said motion.

2) Plaintiff shall have until September 8, 2008, to file a brief in response thereto.

DATED this 21st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
   LYLE E. STROM, Senior Judge
   United States District Court