IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )           8:04CR190
                               )
       v.                      )
                               )
ROMMEL SMITH,                  )           ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to extend response deadline (Filing No. 138).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until October 20, 2008, to respond to defendant's § 2255 motion.

DATED this 19th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court