IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:04CR190
                               )
      v.                       )
                               )
ROMMEL SMITH,                  )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to extend time to file notice of appeal (Filing No. 151). Pursuant to Federal Rule of Appellate Procedure 4(b)(4) and for good cause shown, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until March 15, 2010, to file a notice of appeal.

DATED this 11th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court