IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR190 |
| | ) | |
| v. | ) | |
| | ) | |
| ROMMEL SMITH, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and subsection 1B1.1 of the United States Sentencing Guidelines (Filing No. 163), which provide that § 3582(c)(2) permits the Court to further reduce defendant's sentence where "a defendant has been sentenced to a term of imprisonment based on a sentence range that has been subsequently lowered by the Sentencing Commission, 28 U.S.C. § 994(O).

      The government has responded to defendant's motion (Filing No. 169). The defendant's court-appointed counsel has also filed a memorandum regarding defendant's motion for sentence reduction (Filing No. 168).

      The Court has reviewed the history of this case and the briefs of the parties and finds that defendant's guideline range based on the offense level of 34 and a criminal history category of II is 168 to 210 months. Considering the factors set forth in

18 U.S.C. § 3553(a) and the history of defendant, The Court finds a sentence of 168 months is appropriate.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 4th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court