IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:04CR190** |
| vs. | **AMENDED ORDER** |
| ROMMEL SMITH, | |
| Defendant. | |

Defendant Rommel Smith appeared before the court on December 4, 2018, on a Petition for Offender Under Supervision [216]. Defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention, and a detention hearing was held on December 12, 2018. Defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Patrick C. McGee. Defendant has failed to meet his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

I find that the Petition [216] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before District Judge Rossiter.

**IT IS ORDERED:**

1.      A final dispositional hearing will be held before District Judge Rossiter in Courtroom No. 4, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 17, 2019, at 9:30 a.m. Defendant must be present in person.

2.      Defendant Rommel Smith, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 13th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge